UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA WICKS,<br>    Plaintiff,<br><br>-v-<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br>    Defendant. | No. 1:11-cv-1086<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Sun Life Assurance Company of Canada and against Plaintiff Barbara Wicks.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**

Date:  August 9, 2013                     /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge