UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA WICKS,<br>　　　　Plaintiff,<br><br>-v-<br><br>SUN LIFE ASSURANCE COMPANY OF<br>CANADA,<br>　　　　Defendant. | No. 1:11-cv-1086<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant Sun Life Assurance Company of Canada and against Plaintiff Barbara Wicks.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**

Date:　August 9, 2013　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge